### OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

### v.

### Anthony J. POPECK, Respondent.

### No. 384, Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Feb. 10, 1998.

*ORDER*

PER CURIAM.

AND NOW, this 10th day of February, 1998, upon consideration of the Report and Recommendations of the Disciplinary Board dated November 17, 1997, it is hereby

ORDERED that ANTHONY J. POPECK, be and he is SUSPENDED from the Bar of this Commonwealth for a period of five (5)

---

1. The failure or inability of Consolidated's expert to testify that Mr. Jordan's pain was not work-related, coupled with a finding that Mr. Jordan could return to work without restriction, merely changed the focus of the matter from the propriety of a termination of benefits to the propriety of a suspension of benefits. Because Mr. Jordan's time-of-injury position was no longer available, the Commonwealth Court correctly found that a suspension of benefits was not appropriate, thus, the court reversed the termination order and remanded solely for determining costs.

years, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.